UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
X----------------------------------------------------------------X

RIZWAN RAJA,

                              Plaintiff,         **19-cv-___ (____)**

    -Against-

JOHN W. BURNS and THE CITY OF NEW YORK,      **ORDER TO SHOW CAUSE AND TRO**

                            Defendants.

X----------------------------------------------------------------X

        Upon the declaration of Rizwan Raja, sworn to March 6, 2019, the exhibits thereto, the declarations of Bhairavi Desai and Isaac Godinger, both sworn to on March 6, 2019, the accompanying memorandum of law, and upon the copy of the complaint annexed hereto, it is

        ORDERED, that the above named defendants show cause before a motion term of this Court, at Room __ , United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, in Kings County and State of New York, on _____ at ___ AM/PM, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendants during the pendency of this action from suspending or continuing the suspension of Rizwan Raja; and it is further

        ORDERED that, sufficient reason having been shown, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendants are temporarily restrained and enjoined from suspending or continuing the suspension of Rizwan Raja and from publishing his name on any list of suspended representatives; and it is further

        ORDERED that service by hand or by the Court's ECF system of a copy of this order and annexed declaration, exhibits and the accompanying memorandum of law upon the defendants or

his counsel on or before _____ at \_\_\_\_ AM/PM, shall be deemed good and

sufficient service thereof.

DATED: New York, New York

ISSUED: _____

_____
United States District Judge