

**NEW YORK CITY TAXI & LIMOUSINE COMMISSION**

Adjudications Division
32-02 Queens Boulevard, 3rd Floor
Long Island City, New York 11101-2324
Tel: 212.227.6324, Fax: 212.676.1206

Matthew W. Daus, Commissioner/Chair

TO: ALL STAFF & ALJ'S

FROM: Peter V. Tumminelli
Assistant Commissioner, Adjudications

DATE: September 9, 2005

SUBJECT: **NEW INDUSTRY REPRESENTATIVES**

Effective immediately the following individuals listed below have been approved to be Industry Representative.

1. **Sandra Rojas**

2. **Raja Rizwan**

3. **Oka Chukwuma Imo**

DIAL 311 | Government Services & Information for NYC