

RIZWAN RAJA
Industry Representative
**Cell. 917-865-9788**
rizrajapro@gmail.com
Off. 718-361-1964
Fax 718-361-1839

Riz Raja Professional Service Inc.
Keeping your license safe

31-10 37th Av
suite # 300
LIC, NY, 11101