UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
X------------------------------------------------------------X

RIZWAN RAJA,

                              Plaintiff,                19-cv-___ (___)

              -Against-

JOHN W. BURNS and THE CITY OF NEW YORK,

                              Defendants.

X------------------------------------------------------------X

## DECLARATION OF ISAAC GODINGER

ISAAC GODINGER declares pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct:

1.     I am an attorney at law and have been practicing for 45 years. Part of my practice has been representing TLC-licensed drivers in what was known as the TLC Tribunal and what is now called the TLC-OATH Tribunal. I also practice landlord-tenant law, criminal law, civil litigation, tax law, and probate law. I submit this declaration in support of Mr. Raja's motion for a temporary restraining order and a preliminary injunction.

2.     I have known Mr. Raja since roughly 2005 when he became a registered representative at the TLC Tribunal, the predecessor to what is now known as the TLC-OATH Tribunal.

3.     I have often referred clients to him, or had him assist me in their representation, when I was unable to appear at the TLC-OATH Tribunal. I have never heard any of them complain about his services.

1

4.  I also often consult with Mr. Raja about TLC rules, tribunal practices and what particular settlements might be available as to particular charges.

5.  In my view, Mr. Raja is very well respected by lawyers who appear at the Tribunal, as well as by his fellow TLC representatives and by Tribunal judges. Certainly, I view him as an honest, knowledgeable and skilled advocate for drivers.

6.  The Tribunal is a very stressful environment in which a lawyer or representative might have ten or more cases and several hearings in one day. Still Mr. Raja almost always maintains his composure.

7.  I have never seen him solicit clients or seek an unfair advantage. I have never heard anyone claim that Mr. Raja is dishonest or lacks integrity.

8.  If his right to practice were to be suspended, it is my understanding that it would do substantial harm not just to him and his family, but to the respondents he represents at the TLC-OATH Tribunal.

Dated: New York, NY
March 6, 2019

_____
Isaac Godinger