UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
X--------------------------------------------------------------X

RIZWAN RAJA,

           Plaintiff,   **19-cv-01328 (AMD)**

-Against-

JOHN W. BURNS and THE CITY OF NEW YORK,

           Defendants.

X--------------------------------------------------------------X

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the declaration of Daniel L. Ackman dated June 11, 2018, the Exhibits thereto, the accompanying Rule 56.1 Statement and the accompanying Memorandum of Law, plaintiff will move this Court, before Hon. Ann Donnelly, 225 Cadman Plaza East, Brooklyn, NY, at a time to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting plaintiffs summary judgment on liability as to Counts I-III of the Amended Complaint.

Dated: New York, NY
   June 11, 2019

             __/s/_____
             Daniel L. Ackman
             Law Office of Daniel L. Ackman
             222 Broadway, 19th Floor
             New York, NY 10038
             Tel: (917) 282-8178
             dan@danackmanlaw.com

             *Attorney for Plaintiff*