**From:** Riz Raja rizrajapro@gmail.com
**Subject:** Fwd: Summary Suspension Pursuant to 48 RCNY Section 6-25(d)(1)
**Date:** March 2, 2019 at 6:24 PM
**To:** Dan Ackman D.ackman@comcast.net

---------- Forwarded message ---------
From: **Jones, Timothy (OATH)** <TJones2@oath.nyc.gov>
Date: Fri, Mar 1, 2019 at 11:53 AM
Subject: Summary Suspension Pursuant to 48 RCNY Section 6-25(d)(1)
To: Rizrajapro@gmail.com <Rizrajapro@gmail.com>
Cc: Statz, Olga (OATH) <OStatz@oath.nyc.gov>, Richard, Tynia (OATH) <trichard@oath.nyc.gov>, Burns, John W. (OATH) <jburns2@oath.nyc.gov>

Dear Mr. Rizwan Raja:

Pursuant to 48 RCNY Section 6-25(d)(1), you are hereby summarily suspended starting **March 8, 2019**, for incidents discussed in the annexed Summary Suspension letter. If you wish to refute the allegations of misconduct detailed in the Summary Suspension letter, submit a letter to First Deputy Commissioner John Burns, no later than **March 22, 2019**. If you do not respond by **March 22, 2019**, First Deputy Commissioner Burns will render a final determination in this matter pursuant to 48 RCNY § 6-25(d)(1). Beginning on **March 8, 2019**, you may not appear at OATH, until a final determination is rendered, except as a named Respondent.

Sincerely,

## Timothy R. Jones

*Assistant General Counsel* | Office of Administrative Trials and Hearings

100 Church Street, 12th Floor

New York, New York 10007

Telephone: (212) 933-3038

Email: tjones2@oath.nyc.gov

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message and all copies and backups thereof.



Virus-free. www.avast.com



Rizwan Raja Summa...tter.pdf