3/11/2019

rizraja.sytes.net/#!/mytickets

| Ticket # | License # | First Name | Last Name | Hearing Date | Paid | Notes | Viloations | Results | Cell Phone | Home Pho |
|---|---|---|---|---|---|---|---|---|---|---|
| 71860904A | 5543443 | Saiful | Alam | 11/15/2017 - 11:0 | No | Osa250 no pts | 59a-11b1 | Osa250 no pts | 914-670-1224 | |

© 2017 Rizwan Raja TLC Representative

EXH. 6

3/11/2019 — rizraja.sytes.net/#!/mytickets

| Ticket # | License # | First Name | Last Name | Hearing Date | Paid | Notes | Viloations | Results | Cell Phone | Home P |
|---|---|---|---|---|---|---|---|---|---|---|
| 71860903A | 5493277 | SAIFUL | ALAM | 2/15/2018 - 9:40 | No | Osa750 no pts | 19-506b1 | Osa750 no pts | 914-670-1224 | Poa |
| 72080622A | 5493277 | SAIFUL | ALAM | 6/21/2017 - 13:0 | Yes | request for an audio as of 5/1/2017 | 80-19c2 | needs to do a appeal | 914-670-1224 | Poa |
| PA2444698 | 5493277 | SAIFUL | ALAM | 2/23/2015 - 14:0 | No | JK C/AJ | 54-13a3 | | 914-670-1224 | Poa |

© 2017 Rizwan Raja TLC Representative

http://rizraja.sytes.net/#!/mytickets

| Ticket # | License # | First Name | Last Name | Hearing Date | Paid | Notes | Vlioations | Results | Cell Phone | Home P |
|---|---|---|---|---|---|---|---|---|---|---|
| RL0012039 | 5702640 | Kwaku | Adu | 12/5/2017 - 13:0 | Yes | Not an owner driver. Appeal can't be filed. | 80-13a3vii | Fee returned. | 646-753-4689 | |

© 2017 Rizwan Raja TLC Representative

3/11/2019

rizraja.sytes.net/#!/mytickets

| Ticket # | License # | First Name | Last Name | Hearing Date | Paid | Notes | Viloations | Results | Cell Phone | Home |
|---|---|---|---|---|---|---|---|---|---|---|
| 100719480 | 5680352 | Mohammad, M | Siddiquee | 11/9/2016 - 14:0 | No | Cgh400, 3pts +OGD150 (need to file an appeal befor | 54-13a3xiv, 54-16a | | 646-399-0711 | |

© 2017 Rizwan Raja TLC Representative

http://rizraja.sytes.net/#!/mytickets