## THE CITY OF NEW YORK
## OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS

100 CHURCH STREET 12TH FLOOR • NEW YORK, N.Y. 10007-2620
Tel #: (212) 933-3008 • www.nyc.gov/oath

**JOHN W. BURNS**
*FIRST DEPUTY COMMISSIONER*
*SUPERVISING ADMINISTRATIVE LAW JUDGE*
jburns@oath.nyc.gov

March 26, 2019

OATH Trials Division
100 Church Street, 12th Floor
New York, NY 10007

      RE:    Designation to OATH Trials Division to Adjudicate the matter of
               Office of Administrative Trials and Hearings v. Rizwan Raja

In accordance with Charter section 1048 and my prior designation of March 7, 2019, I hereby designate the Office of Administrative Trials and Hearings (OATH) Trials Division to adjudicate the matter of OATH v. Rizwan Raja.

The Supervising Administrative Law Judge of OATH shall assign an Administrative Law Judge to conduct a trial in the aforementioned matter. In the conduct of this administrative proceeding, the assigned Administrative Law Judge shall be authorized to exercise all the powers granted by law, specifically those set forth in Charter section 1049 and in OATH's Rules of Practice contained in Title 48 of the Rules of the City of New York (RCNY). Following review and analysis of the testimony and all other evidence in the proceeding, the assigned Administrative Law Judge shall issue a memorandum decision as the Chief Administrative Law Judge's designee under 48 RCNY Section 6-25, which shall constitute the final determination. This designation to permit the assigned Administrative Law Judge to issue a final determination by memorandum decision in this matter does not constitute a new procedure or as a precedent for future proceedings of discipline for registered representatives.

Very truly yours,

First Deputy Commissioner and
Supervising Administrative Law Judge