UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

RIZWAN RAJA,

                                  Plaintiff,                  **NOTICE OF MOTION**

         -against-

                                                                 19-CV-01328(AMD)(RER)

JOHN W. BURNS and THE CITY OF NEW YORK

                                  Defendants.

------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that upon the annexed Declaration of Emily K. Stitelman, dated June 11, 2019, and the exhibits attached thereto; the accompanying Memorandum of Law in support of this motion, dated June 11, 2019; and upon the pleadings herein, the undersigned will move this Court, before the Honorable Ann M. Donnelly, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, at a time set by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the First Amended Complaint, and granting such other and further relief as the Court may deem just and proper.

        **PLEASE TAKE FURTHER NOTICE,** that in the event that this motion is denied, in whole or in part, defendants respectfully request thirty (30) days from docketing of the order denying the motion in which to answer the Complaint.

Dated:       New York, New York
             June 11, 2019

                                                ZACHARY W. CARTER
                                                Corporation Counsel of
                                                the City of New York
                                                Attorney for Defendants
                                                100 Church St., Rm. 5-183
                                                New York, New York 10007
                                                Email: estitelm@law.nyc.gov
                                                Tel: (212) 356-2011
                                                Fax: (212) 356-2019

                                 By:  _____
                                                Emily K. Stitelman
                                                Assistant Corporation Counsel

**By ECF**

Daniel L. Ackman
Attorney at Law
222 Broadway, 19th Floor
New York, NY 10038
tel: 917-282-8178
fax: 888-290-3481
e-mail: d.ackman@comcast.net