UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

RIZWAN RAJA,

                              Plaintiff,

                  -against-                              19-CV-01328(AMD)(RER)

JOHN W. BURNS and THE CITY OF NEW YORK

                              Defendants.

------------------------------------------------------------------x

### DECLARATION OF EMILY K. STITELMAN IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

        EMILY K. STITELMAN, an attorney duly admitted to practice law in the United States District Court of the Eastern District of New York, declares under penalties of perjury, pursuant to 28 U.S.C. § 1746, that the following is true:

        1.       I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants John W. Burns and The City of New York ("defendants"). This declaration is submitted in opposition to plaintiff's motion for partial summary judgment.

        2.       True and correct copies of the following document, which is referenced in defendants' accompanying Memorandum of Law, is attached hereto for the Court's consideration:

                a.       A copy of the letter, dated March 7, 2019, from John W. Burns to the New York City Office of Administrative Trials and Hearings' Trials Division, is annexed hereto as Exhibit "1."

Dated:   New York, New York
         July 11, 2019

_____
EMILY K. STITELMAN