THE CITY OF NEW YORK
OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS
100 CHURCH STREET 12TH FLOOR • NEW YORK, N.Y. 10007-2620
Tel #: (212) 933-3008 • www.nyc.gov/oath

**JOHN W. BURNS**
*FIRST DEPUTY COMMISSIONER*
*SUPERVISING ADMINISTRATIVE LAW JUDGE*
jburns@oath.nyc.gov

March 7, 2019

OATH Trials Division
100 Church Street, 12th Floor
New York, NY 10007

RE:  Designation to OATH Trials Division to Adjudicate the matter of
<u>Office of Administrative Trials and Hearings v. Rizwan Raja</u>

In accordance with Charter section 1048, I hereby designate the Office of Administrative Trials and Hearings (OATH) Trials Division to adjudicate the matter of <u>OATH v. Rizwan Raja</u>.

The Supervising Administrative Law Judge of OATH shall assign an Administrative Law Judge to conduct a trial in the aforementioned matter. In the conduct of this administrative proceeding, the assigned Administrative Law Judge shall be authorized to exercise all the powers granted by law, specifically those set forth in Charter section 1049 and in OATH's Rules of Practice contained in Title 48 of the Rules of the City of New York. Following review and analysis of the testimony and all other evidence in the proceeding, the assigned Administrative Law Judge shall prepare the record of the proceeding along with a Report and Recommendation and submit it to me for my review and final determination.

Very truly yours,

*[signature]*

First Deputy Commissioner and
Supervising Administrative Law Judge