UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
X------------------------------------------------------------------X

RIZWAN RAJA,

                              Plaintiff,            **19-cv-01328 (AMD)**

        -Against-

JOHN W. BURNS and THE CITY OF NEW YORK,

                              Defendants.

X------------------------------------------------------------------X

## **SUPPLEMENTARY DECLARATION OF DANIEL L. ACKMAN**

      DANIEL L. ACKMAN, an attorney duly admitted to practice law in the Courts of the State of New York and this Court, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

      1.      I am an attorney admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York. I am Counsel for Plaintiff and I make this supplementary declaration in support for plaintiff's motion for partial summary judgment as to liability based on personal knowledge and to transmit certain true and correct copies of the following documents as exhibits:

PX 14    Additional pertinent pages from the trial transcript of In the matter of OFFICE OF ADMINISTRATIVE TRIALS v. RIZWAN RAJA, OATH Ind. # 191903

PX 15    The Amended Complaint

     2. At the end of the OATH Trial, which concluded on April 4, 2019, Judge Casey did not rule on the propriety of the summary suspension or on the charges in OATH's petition. (Due to a typo, my initial declaration had indicated incorrectly that Judge Casey did rule).

3. Instead, he asked the parties if they would agree to discuss possible settlement with another OATH ALJ, Kara Miller. After a series of conference calls between Judge Miller, the parties and counsel, with Raja still facing the possibility of a permanent ban, the parties reached a settlement, which was reduced to writing and signed on April 11, 2019. *See* PX 14.

4. Plaintiff filed his Amended Complaint on April 15.

Dated: New York, NY
       July 11, 2019



                                                      /s/
                                           Daniel Ackman