1           MR. JONES:  No.

2           ALJ CASEY:  Okay.  So let's come back in an hour

3     and I'll hear summations.

4           MR. ACKMAN:  Okay.

5           ALJ CASEY:  Alright?

6           MR. JONES:  3:30?  3:30?

7           ALJ CASEY:  Yep, 3:30.  See you then.  At some

8     point, I would like to have Judge Miller revisit everybody.

9     What's your pleasure?  I would prefer after summations she

10    can --

11          MR. ACKMAN:  Judge --

12          ALJ CASEY:  -- come in and take one more shot at

13    this.  Any objections to that?

14          MR. ACKMAN:  Alright.  Judge Miller is the

15    settlement judge?

16          ALJ CASEY:  Yeah, she was the conference judge.

17          MR. JONES:  Let's say before --

18          ALJ CASEY:  Wait, wait, wait.

19          MR. JONES:  So what, what's the usual practice?

20    Whatever the usual practice is.

21          ALJ CASEY:  Me?  We always like to keep options

22    open.  And until a decision is issued, it's still open.  So

23    my suggestion would be sum up, and then, afterwards, have her

24    come in, stick her head in and see where we're at.

25          MR. JONES:  Sounds good.

1     Let me get the decision. Nothing. And, judge, that
2     document, Petitioner's 4, it's, it's, it's important because
3     the Respondent testified on direct that he does not do work
4     that is not paid for. And he said that specifically for Mr.
5     Siddique. And it's important that two-and-a-half months
6     later, he's doing work for Mr. Siddique. A man with over
7     20,000 clients in his career.
8            I know I've up here for a while, Judge. I'll
9     conclude by saying I know we, we provided you with a lot of
10    testimony and a lot of evidence and a lot of exhibits. And,
11    Judge, the Petitioner, OATH, is confident, confident that we
12    have satisfied our burden of a, of a preponderance of the
13    evidence for every single charge in the petitioner, Judge,
14    and the facts and the law demand that you find this
15    Respondent guilty of every single charge in the petition,
16    Judge. And I would ask that, after you find the Respondent
17    guilty of every single charge in the petition, you penalize
18    the Respondent by permanently banning him from appearing at
19    OATH. Thank you.
20           ALJ CASEY: Thank you, Mr. Jones. Alright. The
21    trial is concluded. I want to thank Mr. Ackman and Mr. Jones
22    for your zealous advocacy on behalf of your respective
23    clients. I appreciate that. And the record is going to be
24    closed. I, I don't know if Judge Miller is going to have
25    enough time to talk to you. Because she is the settlement

1  judge, she is allowed to talk to each side separately and get
2  their assessment.  So I'm going to see if she's available.
3  But, again, I want to thank you folks for your
4  representation.  I will try to work as expeditiously as I can
5  to get this decision out and it will be issued shortly.
6           MR. ACKMAN:  Thank you, Judge.
7           MR. RAJA:  Thank you.
8           MS. RICHARD:  Thank you, Judge.
9           MR. JONES:  Thank you, Judge.
10          [END OF TRIAL]