

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

EMILY K. STITELMAN
*Senior Counsel*
Phone: (212) 356-2011
Fax: (212) 356-2019
estitelm@law.nyc.gov

July 25, 2019

**VIA ECF & MESSENGER**

The Honorable Ann Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:      <u>Raja v. Burns, et al.</u> 19-cv-01328 (AMD) (RER)

Dear Judge Donnelly:

      This office represents defendants John W. Burns, First Deputy Commissioner at the New York City Office of Administrative Trials and Hearings ("OATH"), and the City of New York ("City") in the above-referenced action. In accordance with Section 1.D of Your Honor's Individual Practices and Rules, enclosed please find the following courtesy copies of Defendants' Motion to Dismiss the First Amended Complaint, and Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment, all of which were previously filed on ECF:

- Notice of Motion of Defendants' Motion to Dismiss the First Amended Complaint [Dkt. No. 24];

- Defendants' Memorandum of Law in Support of Their Motion to Dismiss the First Amended Complaint [Dkt. No. 26];

- June 11, 2019 Declaration of Emily K. Stitelman In Support of Defendants' Motion to Dismiss, with annexed Exhibits "A" through "C" [Dkt. No. 27];

- Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment [Dkt. No. 29];

- July 11, 2019 Declaration of Emily K. Stitelman In Opposition to Plaintiff's Motion for Partial Summary Judgment, with annexed Exhibit "1" [Dkt. No. 30];

- 2 -

- July 11, 2019 Declaration of Timothy Jones in Opposition to Plaintiff's Motion for Partial Summary Judgment, with annexed Exhibit "A" [Dkt. No. 31];

- Defendants' Response to Plaintiff's Local Rule 56.1 Statement [Dkt. No. 32]; and

- Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss the First Amended Complaint [Dkt. No. 37].

            Respectfully submitted,

            /s
            Emily K. Stitelman

cc:    Daniel L. Ackman Esq. (via ECF, without enclosures)
        Hon. Ramon E. Reyes, Jr. (via ECF and mail, without enclosures)