**Casey, Kevin (OATH)**

**From:** Casey, Kevin (OATH)
**Sent:** Tuesday, March 26, 2019 4:13 PM
**To:** Jones, Timothy (OATH); Daniel Ackman
**Cc:** Rizrajapro@gmail.com; Fisher, Cynthia (OATH)
**Subject:** RE: Raja Witnesses

Dear Counsel,

Since petitioner has not cross-examined the respondent and the revised designation letter instructs me to review and analyze the testimony and all other evidence in the proceeding, I will reserve decision on the issue of summary suspension.
If petitioner cannot guarantee the presence of Mohammad Akinlolu, Mr. Ackman can submit a subpoena to secure his attendance.

See attached:
https://www1.nyc.gov/assets/oath/downloads/pdf/Subpoena-To-Testify-Form.pdf

Thank you again for your attention to this matter.

Regards,

Kevin F. Casey
Administrative Law Judge
Office of Administrative Trials and Hearings
100 Church Street, 12th Floor
New York, New York 10007
212-933-3010


**From:** Jones, Timothy (OATH)
**Sent:** Tuesday, March 26, 2019 4:07 PM
**To:** Daniel Ackman
**Cc:** Rizrajapro@gmail.com; Casey, Kevin (OATH); Fisher, Cynthia (OATH)
**Subject:** RE: Raja Witnesses

Mr. Ackman,

As Judge Casey directed, please forward me all the evidence you intend to use during your examinations by 2pm tomorrow. I cannot insure Mr. Akinlolu's presence.

**From:** Daniel Ackman [mailto:d.ackman@comcast.net]
**Sent:** Tuesday, March 26, 2019 4:02 PM
**To:** Jones, Timothy (OATH)
**Cc:** Rizrajapro@gmail.com
**Subject:** Raja Witnesses

Mr. Jones:

1