# DANIEL L. ACKMAN

ATTORNEY AT LAW

———————

222 BROADWAY, 19TH FLOOR ○ NEW YORK, NY 10038
TEL: 917-282-8178
E-MAIL: dan@danackmanlaw.com

December 18, 2019

**VIA ECF:**
Hon. Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

Re: Raja v. Burns, et al, 19-cv-01328 (AMD)

Dear Judge Donnelly:

    I realized late today that the letter I filed this morning for plaintiff Rizwan Raja contains several minor, non-substantive errors. As I am still well within the filing deadline, I am asking for leave to submit a corrected letter in the form attached as Exhibit 1.

    I am sorry for these mistakes and I thank you for your consideration.

    Yours truly,

    /s/

    Daniel L. Ackman

Encl.