UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
RIZWAN RAJA,

                                                  Plaintiff,

-against-

JOHN W. BURNS AND THE CITY OF NEW YORK,

                                               Defendants.
------------------------------------------------------------------------ X

**JUDGMENT PURSUANT TO FED. R. CIV. P. 68 FOR PLAINTIFF RIZWAN RAJA**

19-cv-01328(AMD)(RER)

      **WHEREAS,** Plaintiff Rizwan Raja commenced this action by filing a complaint on or about March 15, 2019, alleging that defendants violated plaintiff's federal civil and state law rights; and

      **WHEREAS**, by Memorandum and Order dated February 5, 2020, summary judgment was granted in part and denied in part to Plaintiff Rizwan Raja, and claims against former Defendant John W. Burns were dismissed;

      **WHEREAS,** defendants have denied any and all liability arising out of Plaintiff Rizwan Raja's allegations; and

      **WHEREAS** pursuant to Rule 68 of the Federal Rules of Civil Procedure, the City of New York offered on February 25, 2020 to allow Plaintiff Rizwan Raja to take a judgment against it in this action for the total sum of Twenty Thousand and One Dollars ($20,001.00), plus reasonable attorneys' fees, expenses and costs to the date of this offer for Plaintiff Rizwan Raja's claims against all defendants in the action;

**WHEREAS,** on March 10, 2020, Plaintiff Rizwan Raja, by his attorney Daniel Ackman, Esq., accepted the City of New York's February 25, 2020 Rule 68 offer of judgment;

**WHEREAS,** copies of the City of New York's February 25, 2020 Rule 68 offer of judgment to Plaintiff Rizwan Raja and Plaintiff Rizwan Raja's acceptance of said offer on March 10, 2020 are annexed hereto as Exhibits A and B, respectively;

**NOW IT IS HEREBY ORDERED, ADJUDGED**, **AND DECREED THAT:**

1. Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Rizwan Raja will take judgment against defendant The City of New York in this action for the sum of Twenty Thousand and One Dollars ($20,001.00), plus reasonable attorneys' fees, expenses and costs to February 25, 2020.

2. This judgment shall be in full satisfaction of all federal and state law claims that Plaintiff Rizwan Raja may have to damages, or any other form of relief, arising out of the alleged acts or omissions of The City of New York, John W. Burns, New York City Office of Trials and Hearings ("OATH"), or any official, employee, or agent, either past or present, of The City of New York, or any other agency thereof, in connection with the facts and circumstances that are the subject of this action.

3. This judgment shall not be construed as an admission of liability by defendant The City of New York, former defendant John W. Burns, or any official, employee, or agent, either past or present, of The City of New York, OATH, or any other agency thereof; nor is it an admission that Plaintiff Rizwan Raja has suffered any damages.

4. Acceptance of this offer of judgment by Plaintiff Rizwan Raja hereby acts to release and discharge defendants The City of New York and former defendant John W. Burns, and OATH; their successors or assigns; and all past and present officials, employees, representatives and agents of The City of New York, OATH, or any agency thereof, from any and all claims that were or could have been alleged by Plaintiff Rizwan Raja in the above-referenced action.

5. Acceptance of the City of New York's offer of judgment by Plaintiff Rizwan Raja hereby operates to waive Plaintiff Rizwan Raja's rights to any claim for interest on the amount of the judgment.

6. Payment of Twenty Thousand and One Dollars ($20,001.00) to Plaintiff Rizwan Raja within 120 days of the date of acceptance of the Rule 68 offer shall be a reasonable time for such payment.

Dated:   New York, New York
         May 5, 2020

SO ORDERED  _s/Ann M. Donnelly_____

U.S.D.J.