# DANIEL L. ACKMAN

ATTORNEY AT LAW

---

222 BROADWAY, 19TH FLOOR ○ NEW YORK, NY 10038
TEL: 917-282-8178
E-MAIL: d.ackman@comcast.net

June 19, 2020

**BY E-MAIL:**
Jerald Horowitz
NYC Law Department
100 Church Street
New York, N.Y. 10007

<u>Re: Raja v. Burns, et al, 19-cv-01328 (AMD)</u>

Dear Jerry:

     Please find enclosed plaintiff's motion for an award of attorney's fees in the above-referenced matter including a notice of motion, my declaration and exhibits thereto and a memorandum of law.

     Hope you remain safe and well on this Juneteenth.

                              Yours truly,

                              /s/

                              Daniel L. Ackman

Encls.
cc: Hon. Ramon E. Reyes, Jr. (w/o enclosures, by ECF)