UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
X--------------------------------------------------------------X

RIZWAN RAJA,

                              Plaintiff,         19-cv-01328 (AMD**)**

      -Against-                      **ORAL ARGUMENT REQUESTED**

JOHN W. BURNS and THE CITY OF NEW YORK,

                              Defendants.

X--------------------------------------------------------------X

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that upon the declaration of Daniel L. Ackman dated June 18, 2020, the Exhibits thereto, and the accompanying Memorandum of Law, plaintiff will move this Court, before Hon. Ramon E. Reyes, 225 Cadman Plaza East, Brooklyn, NY, at a time to be determined by the Court, for an order pursuant to 42 U.S.C. § 1988 awarding attorney's fees and costs

Dated: New York, NY
       June 19, 2020

                                                             __/s/_____
                                                             Daniel L. Ackman
                                                            Law Office of Daniel L. Ackman
                                                            222 Broadway, 19th Floor
                                                            New York, NY 10038
                                                             Tel: (917) 282-8178
                                                             d.ackman@comcast.net

                                                            *Attorney for Plaintiff*