| **Raja v. City of New York - Ackman Time Charges** |
| DATE | TASKS | HOURS | CASE |
| --- | --- | --- | --- |
| 3/2/19 | e-mails w/ Raja; review summary suspension letter | 1.5 | Raja |
| 3/3/19 | Tel conf w/ Raja re summary suspension; initial research on summary suspensions | 2.7 | Raja |
| 3/4/19 | Research re summary suspensions; meeting w/ Raja re allegations and strategy | 4.5 | Raja |
| 3/6/19 | edit TRO brief and supporting documents (3 hrs); confer w/ Desai and Godinger (1 hr); meet w/ Raja (1 hr); draft complaint & e-mails w/ Jones (1.5 hrs) | 6.5 | Raja |
| 3/7/19 | finalize TRO/PI application (3.5 hrs); go to E.D.N.Y. for submission & conduct oral argument (3 hrs); confer w/ Stitleman (.5 hrs); review Schneider and Locurto cases (1 hr); legal res re ALJ recusal (2 hrs) | 10.0 | Raja |
| 3/8/19 | draft and edit response/reargument letter re cases raised by Court; confer w/ Raja re additonal evidence rebutting charges | 5.0 | Raja |
| 3/10/19 | edit letter argument for response to Burns | 1.7 | Raja |
| 3/11/19 | edit Raja declaration for response to Burns | 4.5 | Raja |
| 3/14/19 | tel confs w/ clerk's office re docketing; tel confs w/ Raja re exhibits; finlaize submission to OATH | 1.5 | Raja |
| 3/21/19 | research related to witness tampering charge; tel conf w/ J. Chin; tel confs w/ Raja and Ishrak; e-mail motions re scope of trial | 3.3 | Raja |
| 3/22/19 | defend Raja at OATH trial; prep for same | 9.0 | Raja |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| 3/24/19 | prep for trial; meet w/ Raja | 2.0 | Raja |
| 3/25/19 | respond to procedural motions | 1.5 | Raja |
| 3/26/19 | review notes on Hossain affidavit | 0.6 | Raja |
| 3/28/19 | OATH trial Day 2 and prep for same | 9.0 | Raja |
| 4/1/19 | draft letter motion re Holohan testimony; legal res re bolstering and other issues | 2.7 | Raja |
| 4/2/19 | edit letter motion re Holohan testimony | 1.0 | Raja |
| 4/3/19 | Draft reply letter to Tribunal re Holohan testimony; draft closing argument; confer w/ Noor and court re her testimony; legal re on prior consistent statements | 4.6 | Raja |
| 4/4/19 | draft closing argument (2.5 hirs); Trial at OATH (6 hrs) | 8.5 | Raja |
| 4/5/19 | draft e-mail to colleagues re settlement and impact on federal action; legal res on suspension of attorneys; legal res re void for vagueness | 1.5 | Raja |
| 4/6/19 | draft letter to court re pre-motion conference and summary judg motion | 2.0 | Raja |
| 4/7/19 | legal res re vagueness; draft letter to Court re pre-motion conference | 3.3 | Raja |
| 4/8/19 | settlement conf call w/ Raja and ALJ Miler; edit letter re possible SJ motion | 3.0 | Raja |
| 4/10/19 | review settlement stip; discuss w/ Raja; legal res on vagueness; draft amended complaint | 3.2 | Raja |
| 4/11/19 | e-mails w/ Raja and Jones re stip language; revise language on suspension; draft amended complaint | 2.4 | Raja |

| Date | Task | Hours | Attorney |
|---|---|---|---|
| 4/15/19 | draft and edit amended complaint | 1.5 | Raja |
| 5/1/19 | draft letter to court re pre-motion conference | 2.3 | Raja |
| 5/17/19 | legal research re denial of hearing and due process | 1.5 | Raja |
| 6/2/19 | draft SJ brief fact sections | 4.5 | Raja |
| 6/3/19 | draft summ. judgment brief | 4.0 | Raja |
| 6/4/19 | legal res on void for vagueness doctrine; draft SJ brief sections re vagueness | 3.7 | Raja |
| 6/5/19 | legal res re settlement and damages and on honesty standard and vagueness (2 hrs); draft SJ brief (4 hrs) | 6.0 | Raja |
| 6/6/19 | draft summ. judgment brief | 5.5 | Raja |
| 6/7/19 | draft declaration for SJ motion; review record cites; edit SJ brief | 6.5 | Raja |
| 6/8/19 | Draft and edit SJ brief | 4.5 | Raja |
| 6/9/19 | Edit SJ brief | 2.5 | Raja |
| 6/10/19 | incorporate copy-editor comments; prepare Rul 56.1 statement; prepare motion exhibs; compete record cites; draft Rule 56 statement | 6.5 | Raja |
| 6/11/19 | finalize SJ brief; ECF filing | 1.5 | Raja |
| 6/12/19 | confer w/ Raja on settlement offer | 0.4 | Raja |
| 6/17/19 | send new settlement offer | 0.3 | Raja |
| 6/20/19 | legal res on judiciary law; draft SJ/MD brief | 1.5 | Raja |
| 6/27/19 | work on sj/md brief points I & 2 | 1.5 | Raja |
| 6/28/19 | work on sj/md brief points 2-4 | 4.0 | Raja |
| 7/2/19 | work on sj/md brief point V-VII | 2.0 | Raja |
| 7/8/19 | edit and draft SJ/MD opposition brief; legal res re professions and summary suspension | 3.5 | Raja |
| 7/9/19 | edit reply brief; prepare tables | 2.5 | Raja |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| 7/10/19 | finalize SJ/MD papers; add point on Carey and damages; review city's papers | 2.8 | Raja |
| 7/15/19 | draft reply brief on SJ motion | 2.3 | Raja |
| 7/16/19 | edit and revise reply memo on SJ motion | 1.8 | Raja |
| 7/20/19 | draft cover letter; prepare hard copy of motion papers | 1.5 | Raja |
| 8/2/19 | draft letter to Court re Nnebe's relevance to case in response to City letter | 2.1 | Raja |
| 10/16/19 | research on Rule 408 and admissibility of settlement | 0.7 | raja |
| 11/22/19 | prep for oral argument; review all briefs; draft letter opposing extension | 2.3 | Raja |
| 11/24/19 | prep for oral argument | 2.0 | Raja |
| 11/25/19 | prep for and conduct oral argument on motions; meet w/ Raja; e-mails w/ court re sceheduling | 2.2 | Raja |
| 12/16/19 | review law of qualified immunity | 0.6 | Raja |
| 12/17/19 | legal rsrch on qualified immunity and mootness; draft and edit letter to court on those topics | 4.5 | Raja |
| 12/18/19 | finalize letter re qualified immunity and waiver | 1.3 | Raja |
| 1/31/20 | prep Rule 26 disclosures | 0.5 | Raja |
| 2/5/20 | review court's decision on SJ motion; discuss w/ client | 0.6 | Raja |
| 2/18/20 | e-mail w/ Raja and review of billing records | 0.3 | Raja |
| 2/21/20 | tel confs w/ Raja and Horowitz re damages, fees and settlement; prepare Raja earnings statement | 0.8 | Raja |
| 2/22/20 | review of Raja earnings for settlemnet offer | 0.4 | Raja |
| 2/24/20 | e-mails w/ Raja re Rule 68 offer | 0.3 | Raja |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| **3/10/20** | tel confs w/ Raja re Rule 68 offer | 0.3 | Raja |
| | **TOTAL** | 189.00 | |