# DANIEL L. ACKMAN

ATTORNEY AT LAW

———————

26 Broadway, 8th Floor ○ NEW YORK, NY 10004
TEL: 917-282-8178
E-MAIL: dan@danackmanlaw.com

November _____, 2022

**VIA ECF:**

Clerk of the Court
U.S. Court of Appeals for the
Second Circuit
40 Foley Square
New York, New York 10007

Re: Raja v. Burns, Docket No. 21-945

To the Hon. Clerk of the Court:

     Pursuant to a Stipulation of Settlement executed on November _____, 2022 in the matter of *Raja v. Burns* (Case No. 19-cv-1328 (AMD)(RER)), wherein the parties reached a settlement of all attorney's fees, costs and expenses in this action, Plaintiff-Appellant Rizwan Raja hereby withdraws his application to have the Court's mandate include an itemized bill of costs taxed against appellees (see Case 21-945, Doc. 96).

Respectfully,

/s/

Daniel L. Ackman

cc: All Counsel (by ECF)