Exhibit B - Stipulation of Settlement in *Raja v. Burns*, 19-cv-01328 (AMD) (RER)

# **GENERAL RELEASE**

**KNOW THAT I,** Daniel L. Ackman, plaintiff's counsel in the action entitled <u>Rizwan Raja v. Burns, et al.</u>, 19-CV-01328(AMD)(RER), having been assigned the rights to attorneys' fees and costs by plaintiff Rizwan Raja, in consideration of the total payment of FIFTY ONE THOUSAND NINE HUNDRED FIFTY SIX DOLLARS ($51,956.00) paid to me as attorney for plaintiff, by the City of New York pursuant to the Stipulation of Settlement of Attorneys' Fees, Expenses, and Costs dated October ___, 2022, do hereby release and discharge defendants the City of New York, John W. Burns; their successors or assigns; all past and present officials of the City of New York; or any entity represented by the Office of the Corporation Counsel, from any and all claims of attorneys' fees, costs, and expenses that were or could have been alleged in the aforementioned action by or on behalf of plaintiff Rizwan Raja, including fees, costs, and expenses for any appeal.

**THIS RELEASE MAY NOT BE CHANGED ORALLY.**
**THE UNDERSIGNED HAS READ THE FOREGOING RELEASE**
**AND FULLY UNDERSTANDS IT.**

**IN WITNESS WHEREOF,** I have executed this Release this _____ day of October, 2022

_____
Daniel L. Ackman, Esq.


STATE OF _____, COUNTY OF _____ SS.:

On _____, 2022 before me personally came Daniel L. Ackman, Esq., to me known, and known to me to be the individual described in, and who executed the foregoing RELEASE, and duly acknowledged to me that he executed the same.

_____
NOTARY PUBLIC