Exhibit C - Stipulation of Settlement in *Raja v. Burns*, 19-cv-01328 (AMD) (RER)

# GENERAL RELEASE

**KNOW THAT I,** Rizwan Raja, date of birth _____, Social Security No._____, plaintiff in the action <u>Rizwan Raja v. Burns, et al.</u>, 19-CV-01328(AMD)(RER), having taken judgment on May 5, 2020 pursuant to Rule 68 of Federal Rules of Civil Procedure in the amount of Twenty Thousand and One Dollars ($20,0001.00) plus reasonable attorney's fees, costs and expenses up to February 25, 2020, and having assigned my rights to attorneys' fees, expenses, and costs in the aforementioned action to my attorney, Daniel L. Ackman, do hereby release and discharge defendants the City of New York, John W. Burns; their successors or assigns; all past and present officials of the City of New York; or any entity represented by the Office of the Corporation Counsel, from any and all claims of attorneys' fees, costs, and expenses that were or could have been alleged in the aforementioned action.

**THIS RELEASE MAY NOT BE CHANGED ORALLY.**

**THE UNDERSIGNED HAS READ THE FOREGOING RELEASE**

**AND FULLY UNDERSTANDS IT.**

**IN WITNESS WHEREOF,** I have executed this Release this ____ day of ____, 2022.

_____
Rizwan Raja

STATE OF _____, COUNTY OF _____ SS.:

On _____, 2019 before me personally came Rizwan Raja, to me known, and known to me to be the individual described in, and who executed the foregoing RELEASE, and duly acknowledged to me that he executed the same.

_____
NOTARY PUBLIC