| DO NOT SUBMIT TO THE IRS - SUBMIT FORM TO THE NEW YORK CITY AGENCY 10/14 REVISION | THE CITY OF NEW YORK SUBSTITUTE FORM W-9: REQUEST FOR TAXPAYER IDENTIFICATION NUMBER & CERTIFICATION | NYC FMS |

*TYPE OR PRINT INFORMATION NEATLY. PLEASE REFER TO INSTRUCTIONS FOR MORE INFORMATION.*

## Part I: Vendor Information

1. Legal Business Name: (As it appears on IRS EIN records, IRS Letter CP575, IRS Letter 147C -or- Social Security Administration Records, Social Security Card)

2. If you use DBA, please list below:

3. Entity Type (Check one only):

☐ Church or Church-Controlled Organization   ☐ Personal Service Corporation
☐ Non-Profit Corporation   ☐ Corporation/LLC   ☐ Government   ☐ City of New York Employee   ☐ Individual/Sole Proprietor   ☐ Trust
☐ Joint Venture   ☐ Partnership/LLC   ☐ Single Member LLC (Individual)   ☐ Resident/Non-Resident Alien   ☐ Non-United States Business Entity   ☐ Estate

## Part II: Taxpayer Identification Number & Taxpayer Identification Type

1. Enter your TIN here: *(DO NOT USE DASHES)*   [ ][ ][ ][ ][ ][ ][ ][ ][ ]

2. Taxpayer Identification Type (check appropriate box):

☐ Employer ID Number (EIN)   ☐ Social Security Number (SSN)   ☐ Individual Taxpayer ID Number (ITIN)   ☐ N/A (Non-United States Business Entity)

## Part III: Vendor Addresses

| | Number, Street, and Apartment or Suite Number | City, State, and Nine Digit Zip Code or Country |
|---|---|---|
| **1. 1099 Address:** | | |
| **2. Account Administrator Address:** | | |
| **3. Billing, Ordering & Payment Address:** | | |

## Part IV: Exemption from Backup Withholding and FATCA Reporting (See Instructions)

Exemption Code for Backup Withholding _____     Exemption Code for FATCA Reporting _____

## Part V: Certification

Under penalties of perjury, I certify that:
1. The number shown on this form is my correct Taxpayer Identification Number, and
2. I am not subject to Backup Withholding because: (a) I am exempt from Backup Withholding, or (b) I have not been notified by the IRS that I am subject to Backup Withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to Backup Withholding, and
3. I am a US citizen or other US person, and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**Sign Here:**

_____   _____   _____
Signature                                 Phone Number                              Date

_____   _____   _____
Print Preparer's Name                     Phone Number                     Contact's E-Mail Address:

*FOR SUBMITTING AGENCY USE ONLY*

Submitting Agency Code: ____|____     Contact Person: _____

Contact's E-Mail Address: _____     Telephone Number: ( ____ ) _____

Payee/Vendor Code: [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]—[ ][ ][ ]

*DO NOT FORWARD W-9 TO COMPTROLLER'S OFFICE. AGENCIES MUST ATTACH COMPLETED W-9 FORMS TO THEIR FMS DOCUMENTS.*