UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
RIZWAN RAJA,

                                              **STIPULATION OF**
                                              **VOLUNTARY DISMISSAL**

                              Plaintiff,    19-cv-01328(AMD)(RER)

-against-

JOHN W. BURNS AND THE CITY OF NEW YORK,

                              Defendants.
------------------------------------------------------------------- X

        **WHEREAS**, the parties entered into a Stipulation of Settlement of Attorneys' Fees, Expenses, And Costs filed on November 7, 2022 (ECF Dkt. No. 74), which resolved the final issue in this action;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for the respective parties to the above-captioned action, as follows:

        1.    Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), this action is voluntarily dismissed with prejudice.

Dated:    New York, New York
              December _____, 2022

| | |
|---|---|
| DANIEL L. ACKMAN, ESQ.<br>*Attorney for Plaintiff*<br>26 Broadway, 8th Floor<br>New York, New York 10004<br>Tel: (917) 282-8178<br>dan@danackmanlaw.com<br><br>By: _____<br>Daniel L. Ackman, Esq. | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street<br>New York, New York 10007<br>Tel: (212) 356-2185<br>jhorowit@law.nyc.gov<br><br>By: _____<br>Jerald Horowitz |